AARON D. FORD
 Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
 Senior Deputy Attorney General
State of Nevada
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1234 (phone)
(775) 684-1108 (fax)
Email: jhendrickson@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CASH, | Case No. 3:24-cv-00408-MMD-CSD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JAMES SCALLY, *et al.*, | |
| Defendants. | |

Plaintiff, Thomas Cash, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this \_\_\_ day of December 2025.

By: /s/ *Thomas Cash*
Thomas Cash (NDOC #1203562)
Plaintiff, Pro Se

DATED this 11th day of December 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED:    December 15, 2025.